PEOPLE *v.* HARRIS.   Appeal from Recorder's Court of Detroit, John R. Murphy, J.   Submitted Division 1 October 12, 1971, at Grand Rapids.   (Docket No. 12287.)   Decided October 29, 1971.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Dominick R.*

*Carnovale,* Chief, Appellate Department, and *Arthur N. Bishop,* Assistant Prosecuting Attorney, for the people.

*John L. Belanger,* for defendant on appeal.

Before: R. B. BURNS, P. J., and HOLBROOK and T. M. BURNS, JJ.

MEMORANDUM OPINION. Defendant pleaded guilty to a charge of attempted breaking and entering of an occupied dwelling with intent to commit larceny therein, and appeals. A motion to affirm has been filed by the people.

Upon an examination of the briefs and record it is manifest that the question sought to be reviewed is so unsubstantial as to need no argument or formal submission.

Motion to affirm granted.